IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | |
| BROOKS E. BLITCH, III, | : | Criminal Action No. |
| | : | 5:08-CR-40(HL) |
| Defendant. | : | |
| | : | |
| | : | |

# ORDER

Defendant Brooks E. Blitch, III has filed a Motion to Set Trial in the Valdosta Division (Doc. 214). The Government does not oppose this Motion. The Motion is therefore granted.

**SO ORDERED**, this the 6th day of April, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc