IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : |
| BROOKS E. BLITCH, III, | :  Criminal Action No. |
| | :  5:08-CR-40(HL) |
| Defendant. | : |

# ORDER

In the fall of 2008, this case was scheduled for trial on April 20, 2009. The Court arranged its entire schedule for the first half of 2009 around the trial of this case which, according to counsel, was expected to consume at least six weeks and possibly more. On April 6, 2009, counsel for Defendant, Robert S. Willis, advised the Court that because of personal medical problems he could not attend court on the scheduled trial date and was under doctors' orders not to participate in trials for at least sixty days. Mr. Willis asked for a sixty day continuance, which was granted.

This case will be called for trial at the federal courthouse in Valdosta, Georgia, on Monday, July 6, 2009, at 9:00 a.m.

The Defendant is represented by three lawyers. Each of Defendant's lawyers is directed to prepare for trial and to be prepared to go forward with the trial in the event any other defense lawyer should be unable to participate in the trial.

**SO ORDERED**, this the 13th day of April, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc