# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | Case No. 5:08-CR-40(HL) |
| : | |
| **BROOKS E. BLITCH, III,** : | |
| : | |
| Defendant. : | |

## ORDER

Counsel for all parties, as well as Defendant Brooks E. Blitch, III, are ordered to appear before the Court on Friday, September 4, 2009, at 9:30 a.m., in Macon, Georgia, for the purpose of discussing further proceedings in this case, including but not limited to, termination of the case by trial or plea.

**SO ORDERED**, this the 31st day of August, 2009.

/s/ Hugh Lawson
**HUGH LAWSON, SENIOR JUDGE**

mbh